**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDUSTRIAL SUPPLY, INC.,<br><br>Defendant. | **Case No. 5:25-cv-02258-KK-DTB**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Honorable Judge Kenly K. Kato<br>Magistrate Judge David T. Bristow |

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against ACE INDUSTRIAL SUPPLY, INC. is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. Each party to bear its own attorney's fees and costs.

Dated: June 18, 2026

_____
The Honorable Kenly K. Kato
United States District Judge

1